3 So.2d 434

### W. S. (alias Jack) BREWER v. STATE.

#### 6 Div. 894.

Supreme Court of Alabama.

June 30, 1941.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the petition.

Monroe Ward, Edw. deGraffenried, and H. H. Mize, all of Tuscaloosa, opposed.

PER CURIAM.

Petition of the State of Alabama, by its Attorney General, for certiorari to the

Court of Appeals to review and revise the judgment and decision of that Court in the case of Brewer v. State, 3 So.2d 432.

Writ denied on authority of Ingram v. State, ante, p. 455, 3 So.2d 434.

All the Justices concur, except KNIGHT, J., not sitting.